UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                            Case No. 21-46954-MLO

FRED A. MCCLOUD,                    Chapter 13

          Debtor(s).                       Honorable Maria L. Oxholm
_____/

## **NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS**

Debtor(s) failed to file an income tax return for tax period(s) Notice of State of Michigan Unfiled Tax Returns as required by 11 USC 1308 and/or MCL 206.1 et seq. Failure to file tax returns may result in the Michigan Department of Treasury either objecting to the Debtor's Plan or filing a Motion to either Convert or Dismiss the case. Debtor(s) is/are required to submit the following documents with the return(s):

- Schedules and/or credit forms with supporting documents
- All W-2s
- Federal Returns

**I. SIGNED TAX RETURNS SHOULD BE SUBMITTED TO:**

Michigan Department of Attorney General
Collections Division
Cadillac Place, Suite 10-200
3030 W. Grand Blvd
Detroit, MI 48202
Attn: Moe Freedman
**OR**
Via email: FreedmanM1@michigan.gov

1

Failure to submit the required documentation could result in a denial of a refund or increase the amount of tax owed.

**II. IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:**

W-2 or 1099--Contact your EMPLOYER(S)

IF NOT RECEIVED, CONTACT THE IRS AT 313-237-0800 or 800-829-1040

IRS WEBSITE: www.irs.gov

Respectfully submitted,

DANA NESSEL
Attorney General

*/s/ Moe Freedman*
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: FreedmanM1@michigan.gov

Dated: September 21, 2021